ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**JUL 25 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN; JUSTIN BARCLAY, AND E. J. GALLIAN TO RESPOND TO THE COMPLAINT** |

The Court having read and considered the *Stipulation to Continue Deadline for Defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian to Respond to the Complaint* (the "Stipulation"), filed on July 18, 2023 (*docket no. 9*), by Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee") and for good cause appearing, it is

HEREBY ORDERED that:

1.  The Stipulation is approved.

1721824.1  27064

1

2. The time within which defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian must answer the Trustee's complaint in this adversary proceeding is extended and continued to September 5, 2023.

###

Date: July 25, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1721824.1  27064

2