United States Bankruptcy Court

Central District of California

Jeffrey I. Golden,
    Plaintiff

J-Sandcastle Co LLC,
    Defendant

Adv. Proc. No. 23-01064-SC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2023 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | The Huntington Beach Gables Homeowners Association, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Irvine, CA 92614-6840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Brian J. Gallian |
| dft | | E. J. Gallian |
| dft | | J-Pad LLC |
| dft | | J-Sandcastle Co LLC |
| pla | | Jeffrey I. Golden |
| dft | | Justin Barclay |
| dft | | Robert J. McLelland |
| dft | | Ronald J. Pierpont |
| dft | | Steven D Gallian |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jul 25, 2023 | Form ID: pdf031 | Total Noticed: 1

on behalf of Plaintiff Jeffrey I. Golden adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)

lwerner@go2.law jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

Robert P Goe

on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

```
ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee
```

**FILED & ENTERED**

**JUL 25 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN; JUSTIN BARCLAY, AND E. J. GALLIAN TO RESPOND TO THE COMPLAINT** |

The Court having read and considered the *Stipulation to Continue Deadline for Defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian to Respond to the Complaint* (the "Stipulation"), filed on July 18, 2023 (*docket no. 9*), by Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee") and for good cause appearing, it is

HEREBY ORDERED that:

1.    The Stipulation is approved.

1721824.1  27064

1

2. The time within which defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian must answer the Trustee's complaint in this adversary proceeding is extended and continued to September 5, 2023.

###

Date: July 25, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1721824.1  27064

2