# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>Jamie Lynn Gallian<br><br><div align=right>Debtor(s).</div> | BANKRUPTCY CASE NO.:  8:21–bk–11710–SC |
| Jeffrey I. Golden<br><br><br><div align=right>Plaintiff(s)</div><div align=center>Versus</div>J–Sandcastle Co LLC<br><br>**(See Attachment A for names of additional defendants)**<br><div align=right>Defendant(s)</div> | CHAPTER NO.:  7<br><br>ADVERSARY NO.:  8:23–ap–01064–SC |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>August 21, 2023</u>, a request was filed for the clerk to enter default against defendant(s) **<u>Ronald J. Pierpont</u>**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

☐ The name of the defendant listed on the request does not match the complaint.

☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.

☐ The complaint file date listed on the request does not match the docket.

☐ A conformed copy of the executed Service of Summons form is not attached.

☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.

☐ The summons has expired.

☐ An answer or other responsive pleading has been filed.

☑ The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.

☐ There is no Proof of Service of the request on the defaulting party.

☐ The Proof of Service and copy of the Summons is not attached to the request.

☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.


For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: August 21, 2023

**By: <u>Nickie Bolte</u>**
  **Deputy Clerk**


(Form van193–ncned VAN–193) Rev. 12/2014                    **22 – 18 / NB8**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeffrey I. Golden | J–Sandcastle Co LLC<br>J–Pad LLC<br>Justin Barclay<br>Steven D Gallian<br>Ronald J. Pierpont<br>Robert J. McLelland<br>E. J. Gallian<br>Brian J. Gallian |

(Form van193–nched VAN–193) Rev. 12/2014

# ATTACHMENT A