# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| In re:<br>Jamie Lynn Gallian<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:21–bk–11710–SC |
|---|---|
| Jeffrey I. Golden<br><br><br><br>Plaintiff(s)<br>Versus<br><br>J–Sandcastle Co LLC<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | CHAPTER NO.: 7<br><br>ADVERSARY NO.: 8:23–ap–01064–SC |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On August 21, 2023, a request was filed for the clerk to enter default against defendant(s) **J–PAD, LLC**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☐ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☐ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: August 21, 2023

**By: Nickie Bolte**
    **Deputy Clerk**

(Form van193–ncned VAN–193) Rev. 12/2014      **23 – 19 / NB8**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeffrey I. Golden | J–Sandcastle Co LLC<br>J–Pad LLC<br>Justin Barclay<br>Steven D Gallian<br>Ronald J. Pierpont<br>Robert J. McLelland<br>E. J. Gallian<br>Brian J. Gallian |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A