# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>Jamie Lynn Gallian<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:21–bk–11710–SC<br><br>CHAPTER NO.:  7 |
| Jeffrey I. Golden<br><br>Plaintiff(s)<br>Versus<br><br>J–Sandcastle Co LLC<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.:  8:23–ap–01064–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On August 21, 2023, a request was filed for the clerk to enter default against defendant(s) **J–Pad, LLC**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: August 22, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
    **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014

**31 – 27 / NB8**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeffrey I. Golden | J–Sandcastle Co LLC<br>J–Pad LLC<br>Justin Barclay<br>Steven D Gallian<br>Ronald J. Pierpont<br>Robert J. McLelland<br>E. J. Gallian<br>Brian J. Gallian |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A