United States Bankruptcy Court
Central District of California

Jeffrey I. Golden,
    Plaintiff

J-Sandcastle Co LLC,
    Defendant

Adv. Proc. No. 23-01064-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Aug 22, 2023     Form ID: van192     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Robert J. McLelland, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Brian J. Gallian |
| dft | | E. J. Gallian |
| dft | | J-Pad LLC |
| dft | | J-Sandcastle Co LLC |
| pla | | Jeffrey I. Golden |
| dft | | Justin Barclay |
| dft | | Ronald J. Pierpont |
| dft | | Steven D Gallian |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: van192 | Total Noticed: 1 |

Aaron E. DE Leest
    on behalf of Plaintiff Jeffrey I. Golden adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Bradford Barnhardt
    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Jeffrey I Golden (TR)
    lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Robert P Goe
    on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov


TOTAL: 8

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

| | |
|---|---|
| In re:<br>Jamie Lynn Gallian<br><br>                                Debtor(s). | BANKRUPTCY CASE NO.:  8:21–bk–11710–SC<br><br>CHAPTER NO.:  7 |
| Jeffrey I. Golden<br><br>                                Plaintiff(s)<br>          Versus<br>J–Sandcastle Co LLC<br><br>**(See Attachment A for names of additional defendants)**<br>                                Defendant(s) | ADVERSARY NO.:  8:23–ap–01064–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On August 21, 2023, a request was filed for the clerk to enter default against defendant(s) **J–Pad, LLC**.

 Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: August 22, 2023

**By: Nickie Bolte**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                       **31 – 27 / NB8**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeffrey I. Golden | J–Sandcastle Co LLC<br>J–Pad LLC<br>Justin Barclay<br>Steven D Gallian<br>Ronald J. Pierpont<br>Robert J. McLelland<br>E. J. Gallian<br>Brian J. Gallian |

(Form van192–nched VAN–192) Rev. 12/2014

## ATTACHMENT A