| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Jeffrey I. Golden, Ch. 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br><br>ADVERSARY NO.: 8:23-ap-01064-SC<br><br>CHAPTER: 7 |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br><br><br>Plaintiff(s).<br>vs.<br>J-SANDCASTLE CO., LLC; J-PAD LLC;STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/26/2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W Fourth St.<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. Have all motions addressed to the Claims Documents been resolved? | ☒ Yes | ☐ No |
| 4. Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>(AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiff Jeffrey I. Golden, Ch. 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:23-ap-01064-SC<br>CHAPTER: 7 |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff(s)<br>vs.<br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/26/2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W Fourth St.<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☒ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

*Potential Cross-Complaint,*
*Potential Motion to Intervene,*
*Potential Motion to Dismiss*

Plaintiff's response: See Section G.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>
   April 2024

   <u>Defendant</u>
   July 2024

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>
   Conduct discovery and pre-trial process

   <u>Defendant</u>
   Conduct discovery and pre-trial process.

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>
   February 2024

   <u>Defendant</u>
   May 2024

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>
   RFAs, Rogs, RPD, and Depositions

   <u>Defendant</u>
   Depositions, Request Production on Documents, Admissions

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>
   One day

   <u>Defendant</u>
   4 Days.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>
   Unknown at this time

   <u>Defendant</u>
   2 witnesses

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   Plaintiff: Unknown at this time

   Defendant: 1753 pg.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pretrial conference [X] is [ ] is not requested
Reasons: To narrow issues for trial

Defendant
Pretrial conference [ ] is [ ] is not requested
Reasons:

Plaintiff
Pretrial conference should be set after:
(date) 04/01/2024

Defendant
Pretrial conference should be set after:
(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   None at this time

2. Has this dispute been formally mediated?    [ ] Yes   [X] No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff: [ ] Yes   [X] No

   Defendant: [X] Yes   [ ] No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 3                                    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Response:

Defendant Robert McLelland's insertions to this status report are handwritten. Plaintiff disagrees that a cross-complaint, motion to intervene, or a motion to dismiss are appropriate here. No other defendants have answered.

Respectfully submitted,

Date: September 8, 2023

Danning, Gill, Israel & Krasnoff, LLP
Printed name of law firm

/s/ Aaron E. de Leest
Signature

Aaron E. de Leest
Printed name

Attorney for: Plaintiff Jeffrey I. Golden, as Trustee

Date: 9/6/2023

_____
Printed name of law firm

*Robert J. McLelland* (signature)
Signature

ROBERT J. MCLELLAND
Printed name

Attorney for: in Pro per

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 4 | F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATUS REPORT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 8, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 8, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2023 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**
1728503.1  27064

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Plaintiff Jeffrey I. Golden
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Interested Party The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY U.S. MAIL**

| | |
|---|---|
| Robert J. McLelland | The Honorable Scott C. Clarkson |
| 16222 Monterey Ln Unit 376 | U.S. Bankruptcy Court |
| Huntington Beach, CA 92649 | 411 W. Fourth Street, Suite 5130 |
| | Santa Ana, CA 92701 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
1728503.1  27064