ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 20 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO STRIKE DEBTOR'S ANSWER**<br><br><u>Hearing:</u><br>Date:  September 12, 2023<br>Time: 1:30 p.m.<br>Place:  Courtroom "5C"<br>         411 W. Fourth Street<br>         Santa Ana, California |

On September 12, 2023, at 1:30 p.m., there came before the Court for hearing the Motion to Strike Debtor's Answer [docket no. 17] (the "Motion") filed by plaintiff Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the estate of Jamie Lynn Gallian (the "debtor"), the Honorable Scott Clarkson, United States Bankruptcy Judge, presiding. Appearing for the Trustee was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; no other appearances were made.

/ / /

1729210.1  27173

1

1   The Court having read and considered the Motion and the debtor's answer (docket no. 13],
2   having noted the lack of any response, having found that notice of the Motion was adequate and
3   proper, good cause appearing, it is
4   ORDERED THAT:
5   1.   The Motion is granted as to the Trustee only, and the reference to Hauser Brothers is
6   disregarded.
7   2.   The debtor's answer [docket no. 13] is stricken.

8                                          # # # #

Date: September 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1729210.1  27173                            2