| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Jeffrey I. Golden, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:23-ap-01064-SC |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff(s),<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E.J. GALLIAN,<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion[1]): <u>STIPULATION FOR JUDGMENT BETWEEN TRUSTEE AND DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, AND E.J. GALLIAN TO AVOID LIENS</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>STIPULATED JUDGMENT AGAINST DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, AND E.J. GALLIAN TO AVOID LIENS</u> was lodged on <u>September 26, 2023</u> and is attached. This order relates to the motion which is docket number 43.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      *Page 1*      **F 9021-1.2.ADV.NOTICE.LODGMENT**
1721841.1  27064

# EXHIBIT "A"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 2*    **F 9021-1.2.BK.NOTICE.LODGMENT**
1708703.1  27116

1 ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
3 DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
4 Los Angeles, California 90067-6006
Telephone: (310) 277-0077
5 Facsimile: (310) 277-5735

6 Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee
7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SANTA ANA DIVISION**

11

| | |
|---|---|
| In re | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | |
| JEFFREY I. GOLDEN, Chapter 7 Trustee, | Adv. No. 8:23-ap-01064-SC |
| Plaintiff, | **STIPULATED JUDGMENT AGAINST DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, AND E. J. GALLIAN TO AVOID LIENS** |
| vs. | |
| J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN, | STATUS CONFERENCE
Date: September 26, 2023
Time: 1:30 p.m.
Place: Courtroom 5C
411 W. Fourth Street
Santa Ana, California 92701 |
| Defendants. | |

Plaintiff Jeffrey I. Golden, Chapter 7 Trustee (the "Plaintiff"), for the estate of Jamie Lynn Gallian (the "Debtor"), and defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian (the "Stipulating Defendants"), having lodged on or about September 26, 2023 the Stipulation for Judgment Between Trustee and Defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, and E. J. Gallian to Avoid Liens (the "Stipulation for Judgment") *(adv. doc. no. 43);* good cause appearing; it is hereby

1731086.1  27064              1

ORDERED, ADJUDGED AND DECREED THAT:

1. The Stipulation for Judgment is approved in its entirety.

2. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the Stipulating Defendants are not parties to any security agreement or agreements that would grant them a security interest in or lien on the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property").

3. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the Stipulating Defendants have no interest in the Property.

3. Judgment is entered in favor of the Trustee and against Steven D. Gallian and Brian J. Gallian that the "Statement to Encumber" (the "Statement to Encumber") that was executed and submitted to the California Department of Housing and Community Development (the "HCD") on or about August 20, 2020, adding Steven D. Gallian and Brian J. Gallian as legal owners (i.e., lienholders) on the certificate of title for the Property and any related lien is avoided and preserved for the benefit of the Debtor's estate.

3. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the following UCC Financing Statement Amendments (UCC-3) and any related liens are avoided and preserved for the benefit of the Debtor's estate.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

4. The Trustee and the Stipulating Defendants shall bear their own attorney's fees and costs.

1731086.1  27064

2

4

5. The Stipulating Defendants shall cooperate in a timely manner with the Trustee to carry out the purpose and effect of the Stipulation for Judgment including executing any further documents that may be required.

6. Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Stipulating Defendants.

### 

1731086.1  27064

3

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is .

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On September 26, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2023 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**
1721841.1  27064

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Plaintiff Jeffrey I. Golden
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Interested Party The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

# 2. SERVED BY U.S. MAIL

| Atty. for Defendants | The Honorable Scott C. Clarkson | Defendant |
|---|---|---|
| Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian | U.S. Bankruptcy Court | Robert J. McLelland |
| Leonard M. Shulman, Esq. | 411 W. Fourth Street, Suite 5130 | 16222 Monterey Ln Unit 376 |
| Shulman Bastian Friedman & Bui LLP | Santa Ana, CA  92701 | Huntington Beach, CA 92649 |
| 100 Spectrum Center Dr Ste 600 | | |
| Irvine, CA 92618-4969 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                *Page 3*          **F 9021-1.2.ADV.NOTICE.LODGMENT**
1721841.1  27064