1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*

2 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*

3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450

4 | Los Angeles, California 90067-6006
Telephone: (310) 277-0077

5 | Facsimile: (310) 277-5735

6 | Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

7

**FILED & ENTERED**

**OCT 03 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11

| In re | Case No. 8:21-bk-11710-SC |
|---|---|
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | |
| JEFFREY I. GOLDEN, Chapter 7 Trustee, | Adv. No. 8:23-ap-01064-SC |
| Plaintiff, | **SCHEDULING ORDER AFTER STATUS CONFERENCE** |
| vs. | |
| J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN, | Status Conference  Date: September 26, 2023 Time: 1:30 p.m. Place: Courtroom 5C 411 W. Fourth Street Santa Ana, California 92701 |
| Defendants. | |

A status conference in the above-captioned adversary proceeding was held on

September 26, 2023, at 1:30 p.m., in Courtroom 5C of the above-entitled Court, the Honorable

Scott C. Clarkson, United States Bankruptcy Judge presiding.  Aaron E. de Leest of Danning, Gill,

Israel & Krasnoff, LLP, appeared for Plaintiff Jeffrey I. Golden, the Chapter 7 Trustee.

Robert McLelland appeared in pro per.  There were no other appearances.

1731908.1   27064

1

1    The Court having reviewed the Joint Status Report submitted by the parties, having heard

2    the oral statements of counsel and Mr. McLelland, and good cause appearing, it is

3    ORDERED THAT:

4    1.    The discovery cut-off date shall be February 29, 2024. This date includes the date by

5    which all discovery, including motions, shall be resolved.

6    2.    The last date for filing pre-trial motions is April 5, 2024.

7    3.    The pre-trial conference shall be held on May 28, 2024, at 1:30 p.m.

8    4.    The parties shall cooperate and follow all local and federal rules.  The failure to do

9    so may result in the imposition of monetary and non-monetary sanctions, including the striking of

10    the answer and dismissal of the complaint.

11                                        ###

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: October 3, 2023                    Scott C. Clarkson
                                              United States Bankruptcy Judge

25

26

27

28

1731908.1  27064                          2