ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**OCT 03 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**STIPULATED JUDGMENT AGAINST DEFENDANTS STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, AND E. J. GALLIAN TO AVOID LIENS**<br><br>STATUS CONFERENCE<br>Date: September 26, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, California 92701 |

Plaintiff Jeffrey I. Golden, Chapter 7 Trustee (the "Plaintiff"), for the estate of Jamie Lynn Gallian (the "Debtor"), and defendants Steven D. Gallian, Brian J. Gallian; Justin Barclay, and E. J. Gallian (the "Stipulating Defendants"), having lodged on or about September 26, 2023 the Stipulation for Judgment Between Trustee and Defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, and E. J. Gallian to Avoid Liens (the "Stipulation for Judgment") *(adv. doc. no. 43);* good cause appearing; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Stipulation for Judgment is approved in its entirety.

2. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the Stipulating Defendants are not parties to any security agreement or agreements that would grant them a security interest in or lien on the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property").

3. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the Stipulating Defendants have no interest in the Property.

3. Judgment is entered in favor of the Trustee and against Steven D. Gallian and Brian J. Gallian that the "Statement to Encumber" (the "Statement to Encumber") that was executed and submitted to the California Department of Housing and Community Development (the "HCD") on or about August 20, 2020, adding Steven D. Gallian and Brian J. Gallian as legal owners (i.e., lienholders) on the certificate of title for the Property and any related lien is avoided and preserved for the benefit of the Debtor's estate.

3. Judgment is entered in favor of the Trustee and against the Stipulating Defendants that the following UCC Financing Statement Amendments (UCC-3) and any related liens are avoided and preserved for the benefit of the Debtor's estate.

| UCC Filing Date | UCC Type | Filing No. |
| --- | --- | --- |
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

4. The Trustee and the Stipulating Defendants shall bear their own attorney's fees and costs.

1731086.1  27064

2

5. The Stipulating Defendants shall cooperate in a timely manner with the Trustee to carry out the purpose and effect of the Stipulation for Judgment including executing any further documents that may be required.

6. Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Stipulating Defendants.

###

Date: October 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge