1
2
3
4
5
6
7



FILED & ENTERED

MAR 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

8

## UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

In re:

CHAPTER 7

11

12

Jamie Lynn Gallian,

Case No.:  8:21-bk-11710-SC
Adv No:   8:23-ap-01064-SC

13

**ORDER CONTINUING PRETRIAL**
**CONFERENCE**

14

Debtor(s).

15

Jeffrey I. Golden, Ch 7 TE,

Date:        May 28, 2024
Time:        1:30 PM
Courtroom: 5C

16

Plaintiff(s),

17

v.

18

J-Sandcastle Co, LLC, et al.,

19

Defendant(s).

20
21

The pretrial conference scheduled for May 28, 2024 is hereby CONTINUED to

22

June 18, 2024, at 1:30 p.m.

23

**IT IS SO ORDERED.**

24

25

Date: March 26, 2024

Scott C. Clarkson
United States Bankruptcy Judge

26
27
28

-1-