1  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
2  SHANTAL MALMED (State Bar No. 351496)
   *smalmed@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735
6  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee
7

| FILED & ENTERED |
|---|
| MAR 29 2024 |
| **CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte        DEPUTY CLERK** |

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10              **SANTA ANA DIVISION**

11

12  In re                                             Case No. 8:21-bk-11710-SC

13  JAMIE LYNN GALLIAN,                               Chapter 7

14          Debtor.

15  _____

16  JEFFREY I. GOLDEN, Chapter 7 Trustee,             Adv. No. 8:23-ap-01064-SC

            Plaintiff,                                **ORDER APPROVING STIPULATED**
17                                                    **JUDGMENT AGAINST DEFENDANT**
                                                      **ROBERT J. MCLELLAND TO AVOID**
18          vs.                                       **LIENS**

19  J-SANDCASTLE CO., LLC; J-PAD LLC;                 **STATUS CONFERENCE**
    STEVEN D. GALLIAN; BRIAN J.                       Date: May 28, 2024
20  GALLIAN; JUSTIN BARCLAY; RONALD                   Time: 1:30 p.m.
    J. PIERPONT; ROBERT J. MCLELLAND;                 Place: Courtroom 5C
21  AND E. J. GALLIAN,                                       411 W. Fourth Street
                                                             Santa Ana, California 92701
            Defendants.
22  _____

23          Plaintiff Jeffrey I. Golden, Chapter 7 Trustee (the "Plaintiff"), for the estate of

24  Jamie Lynn Gallian (the "Debtor"), and defendant Robert J. McLelland (the "Stipulating

25  Defendant"), having lodged on or about January 25, 2024 the Stipulation for Judgment Between

26  Trustee and Defendant Robert J. McLelland (the "Stipulation for Judgment") *(adv. doc. no. 52);*

27  good cause appearing; it is hereby

28          ORDERED, ADJUDGED AND DECREED THAT:

1767755.3  27064                              1

1        1.    The Stipulation for Judgment is approved in its entirety.

2                  ###

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: March 29, 2024

                                 Scott C. Clarkson
                                 United States Bankruptcy Judge

25

26

27

28