1 AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
2 SHANTAL MALMED (State Bar No. 351496)
*smalmed@DanningGill.com*
3 DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
4 Los Angeles, California 90067-6006
Telephone: (310) 277-0077
5 Facsimile: (310) 277-5735

6 Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

7

**FILED & ENTERED**

**MAR 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SANTA ANA DIVISION**

11

| | |
|---|---|
| 12 In re | Case No. 8:21-bk-11710-SC |
| 13 JAMIE LYNN GALLIAN, | Chapter 7 |
| 14    Debtor. | |
| 15 JEFFREY I. GOLDEN, Chapter 7 Trustee, | Adv. No. 8:23-ap-01064-SC |
| 16    Plaintiff, | **STIPULATED JUDGMENT AGAINST DEFENDANT ROBERT J. MCLELLAND TO AVOID LIENS** |
| 17    vs. | |
| 18 J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN, | **STATUS CONFERENCE** Date: May 28, 2024 Time: 1:30 p.m. Place: Courtroom 5C         411 W. Fourth Street         Santa Ana, California 92701 |
| 19 20 21 22    Defendants. | |

23

24        Plaintiff Jeffrey I. Golden, Chapter 7 Trustee (the "Plaintiff"), for the estate of

25 Jamie Lynn Gallian (the "Debtor"), and defendant Robert J. McLelland (the "Stipulating

26 Defendant"), having lodged on or about January 25, 2024 the Stipulation for Judgment Between

27 Trustee and Defendant Robert J. McLelland (the "Stipulation for Judgment") *(adv. doc. no. 52)*:

28

1767746.2  27064                               1

1       1.      Judgment is entered in favor of the Trustee and against the Stipulating Defendant

2  that the Stipulating Defendant is not a party to any security agreement or agreements that would

3  grant him a security interest in or lien on the manufactured home located at 16222 Monterey Lane,

4  Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA,

5  AC7V710394GB (the "Property").

6       2.      Judgment is entered in favor of the Trustee and against the Stipulating Defendant

7  that the Stipulating Defendant has no interest in the Property.

8       3.      Judgment is entered in favor of the Trustee and against Robert J. McLelland that the

9  "Statement of Facts" (the "Statement of Facts") that was executed and submitted to the California

10  Department of Housing and Community Development (the "HCD") on or about August 2, 2021,

11  adding "J-Pad LLC or Robert McLelland" as the legal owners (i.e., lienholders) on the certificate of

12  title for the Property and any related lien is avoided and preserved for the benefit of the Debtor's

13  estate.

14       4.      Judgment is entered in favor of the Trustee and against the Stipulating Defendant

15  that the following UCC Financing Statement Amendments (UCC-3) and any related liens are

16  avoided and preserved for the benefit of the Debtor's estate.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/12/2021 | UCC-3 Amendment | U210084251729 |
| 9/24/2021 | UCC-5 Amendment | U210088103427 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

       5.      The Trustee and the Stipulating Defendant shall bear their own attorney's fees and

costs.

       6.      The Stipulating Defendant shall cooperate in a timely manner with the Trustee to

carry out the purpose and effect of the Stipulation for Judgment including executing any further

documents that may be required.

1767746.2  27064

2

1    7.    Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason

2    for delay in entry of this judgment against the Stipulating Defendants.

3    ###

23

Date: March 29, 2024

Scott C. Clarkson
24    United States Bankruptcy Judge