ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E.J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**NOTICE OF ERRATA RE MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1 (J-PAD LLC)**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, California 92701 |

TO THE HONORABLE JUDGE SCOTT C. CLARKSON, DEFENDANTS, AND INTERESTED PARTIES:

    PLEASE TAKE NOTICE that on March 27, 2024, Jeffrey I. Golden, the Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian ("Plaintiff"), filed his Motion for Default Judgment Under LBR 7055-1 against J-Pad LLC (the "Motion") (*docket no. 60*).

The Plaintiff unintentionally failed to attach a copy of the proposed default judgment to the Motion. A copy of the proposed default judgment that Plaintiff will lodge and serve on J-Pad LLC in connection with the Motion is attached as Exhibit A hereto.

DATED: April 4, 2024                     DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:     */s/ Aaron E. de Leest*
      AARON DE LEEST
      SHANTAL MALMED
      Attorneys for Plaintiff Jeffrey I. Golden,
      Chapter 7 Trustee

1768584.1  27064                                 2

# EXHIBIT A

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E.J. GALLIAN,<br><br>Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**[PROPOSED] DEFAULT JUDGMENT AGAINST J-PAD LLC**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>      411 W. Fourth Street<br>      Santa Ana, California 92701 |

On May 7, 2024, the Court heard and considered the Plaintiff's Motion for Default Judgment under LBR 7055-1 against Defendant J-Pad LLC (the "Motion") filed by Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor).

The Court having read and considered the Motion, having found that notice of the Motion was adequate and proper, having noted the lack of any response and that the Clerk of the Court entered the default of Defendant J-Pad LLC ("Defendant") on August 22, 2023, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. Default judgment is entered in favor of the Plaintiff and against the Defendant on the Plaintiff's first, fifth, eighth, ninth and tenth claims for relief in the Complaint.

3. The Debtor's transfer of a lien on and security interest in the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property") to the Defendant reflected by the note and security agreement between J-Sandcastle Co., LLC and the Defendant dated November 16, 2018 and any liens on the Property in favor of the Defendant, are avoided and preserved for the benefit of the Debtor's estate.

4. The transfers to the Defendant, including the following UCC Financing Statements (UCC-1) and UCC Financing Statement Amendments (UCC-3) and any liens on the Property in favor of the Defendant, are avoided and preserved for the benefit of the Debtor's estate.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 1/14/2019 | UCC-1 Financing Statement | 197691916827 |
| 1/14/2019 | UCC-1 Financing Statement | 197691915674 |
| 1/14/2019 | UCC-1 Financing Statement | 197691905279 |
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

5. The Debtor's transfers to the Defendant reflected by the "Statement of Facts" submitted to the California Department of Housing and Community Development on or about August 6, 2021, stating that the legal owner of the Property was the Defendant and that the Defendant perfected its lien on January 14, 2019, and the "Statement to Encumber" purportedly signed on January 14, 2019, reflecting that the "legal owner" of the Property was the Defendant and any liens on the Property in favor of the Defendant, are avoided and preserved for the benefit of the Debtor's estate.

6. Judgment is entered in favor of the Plaintiff and against the Defendant in the sum of $225,000, plus interest.

###

1768580.1  27064

3

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF ERRATA RE MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1 (J-PAD LLC)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  April 4, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  April 4, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2024 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- **Aaron E. DE Leest**  adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

- **Jeffrey I Golden (TR)**  lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- **Eric P Israel**  eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

- **Shantal Malmed**  smalmed@danninggill.com

- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

| | |
|---|---|
| J-Pad LLC<br>Jamie Lynn Gallian, Managing Member<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | The Honorable Scott C. Clarkson<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>411 W. Fourth Street, Suite 5130<br>Santa Ana, CA 92701 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE