1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
3 | SHANTAL MALMED (State Bar No. 351496)
*smalmed@DanningGill.com*
4 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
5 | Los Angeles, California 90067-6006
Telephone: (310) 277-0077
6 | Facsimile: (310) 277-5735

7 | Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

8 |

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **SANTA ANA DIVISION**

12 | In re                                    | Case No. 8:21-bk-11710-SC

13 | JAMIE LYNN GALLIAN,          | Chapter 7

14 |            Debtor.

15 | ————————————

16 | JEFFREY I. GOLDEN, Chapter 7 Trustee,     | Adv. No. 8:23-ap-01064-SC

       Plaintiff,          | NOTICE OF WITHDRAWAL OF MOTION
17 |                        | FOR DEFAULT JUDGMENT UNDER LBR
       vs.                 | 7055-1 AGAINST J-PAD LLC (DOCKET
18 |                        | NO. 60) AND NOTICE OF ERRATA
19 | J-SANDCASTLE CO., LLC; J-PAD LLC;   | (DOCKET NO. 71)
STEVEN D. GALLIAN; BRIAN J.
GALLIAN; JUSTIN BARCLAY; RONALD    | Date: May 7, 2024
20 | J. PIERPONT; ROBERT J. MCLELLAND;  | Time: 1:30 p.m.
AND E.J. GALLIAN,        | Place: Courtroom 5C
21 |                        |          411 W. Fourth Street
       Defendants.         |          Santa Ana, California 92701
22 |

23 |

24 | TO THE HONORABLE JUDGE SCOTT C. CLARKSON, DEFENDANT, AND INTERESTED

PARTIES:

25 |

26 |            PLEASE TAKE NOTICE that Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee for the

bankruptcy estate of Jamie Lynn Gallian (the "Trustee" or "Plaintiff"), hereby withdraws Plaintiff's
27 |

Motion for Default Judgment under LBR 7055-1 against J-PAD LLC (the "Motion"), filed on
28 |

1    March 27, 2024 (*docket no. 60*) and Notice of Errata re Motion (*docket no. 71*), filed on April 4,

2    2024.

3

4    DATED:  April 5, 2024                DANNING, GILL, ISRAEL & KRASNOFF, LLP

5

6                      By:      */s/ Aaron E. de Leest*

7                           AARON DE LEEST
                          SHANTAL MALMED

8                           Attorneys for Plaintiff Jeffrey I. Golden,
                          Chapter 7 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1 AGAINST J-PAD LLC (DOCKET NO. 60) AND NOTICE OF ERRATA (DOCKET NO. 71)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  April 5, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) April 5, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2024 | Gloria Ramos | /s/ Gloria Ramos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- **Aaron E. DE Leest**    adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

- **Jeffrey I Golden (TR)**    lwerner@go2.law,
  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- **Eric P Israel**    eisrael@danninggill.com,
  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

- **Shantal Malmed**    smalmed@danninggill.com

- **Laila Masud**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

J-Pad LLC
Jamie Lynn Gallian, Managing Member
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**