1  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
2  SHANTAL MALMED (State Bar No. 351496)
   smalmed@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee

**FILED & ENTERED**

**MAY 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT J-PAD LLC**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>     411 W. Fourth Street<br>     Santa Ana, California 92701 |

On April 5, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor") filed the Motion for Default Judgment under LBR 7055-1 against Defendant J-Pad LLC (the "Motion") (*docket no. 76*). No opposition to the Motion was filed. Pursuant to the Court's tentative ruling, appearances at the hearing on May 7, 2024 were waived.

1770782.4  27064

1

1  The Court having read and considered the Motion, having found that notice of the Motion
2  was adequate and proper, having noted the lack of any response and that the Clerk of the Court
3  entered the default of Defendant J-Pad LLC ("Defendant") on August 22, 2023, and good cause
4  appearing:

5  IT IS ORDERED, ADJUDGED AND DECREED THAT:

6  1.  The Motion is granted in its entirety.

7  2.  A separate judgment against the Defendant will be entered contemporaneously
8  herewith.

###

Date: May 10, 2024

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1770782.4  27064