ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

MAY 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E.J. GALLIAN,<br><br>Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**DEFAULT JUDGMENT AGAINST J-PAD LLC**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>         411 W. Fourth Street<br>         Santa Ana, California 92701 |

On April 5, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for Default Judgment under LBR 7055-1 against Defendant J-Pad LLC (the "Motion") (*docket no. 76*), which was heard by the Court on May 7, 2024. Default was previously entered against Defendant

1770829.1  27064

1

1  J-Pad LLC (the "Defendant") on August 22, 2023.  The Court having granted the Motion pursuant

2  to an order entered contemporaneously herewith, and good cause appearing:

3      IT IS ORDERED, ADJUDGED AND DECREED THAT:

4      1.   Default judgment is entered in favor of the Plaintiff and against the Defendant on

5  the Plaintiff's first and fifth claims for relief in the Complaint.

6      2.   The transfer to the Defendant of a lien on and security interest in the manufactured

7  home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal

8  # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property") reflected by the secured

9  promissory note and security agreement between J-Sandcastle Co., LLC and the Defendant dated

10 November 16, 2018 and lien on the Property in the amount of $225,000 in favor of the Defendant

11 are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden,

12 Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

13      3.   The transfers to the Defendant relating to the Property, including the following UCC

14 Financing Statements (UCC-1) and UCC Financing Statement Amendments (UCC-3), and any

15 liens on the Property in favor of the Defendant are avoided and preserved for the benefit of the

16 Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of

17 Jamie Lynn Gallian.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 1/14/2019 | UCC-1 Financing Statement | 197691916827 |
| 1/14/2019 | UCC-1 Financing Statement | 197691915674 |
| 1/14/2019 | UCC-1 Financing Statement | 197691905279 |
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

1770829.1  27064                    2

1      4.      The Debtor's transfers to the Defendant reflected by the "Statement of Facts" submitted to the California Department of Housing and Community Development on or about August 6, 2021, stating that the legal owner of the Property was the Defendant and that the Defendant perfected its lien on January 14, 2019, and the "Statement to Encumber" executed on January 14, 2019, reflecting that the "legal owner" of the Property was the Defendant and any liens on the Property in favor of the Defendant are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

      5.      Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Defendant.

###

Date: May 10, 2024

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1770829.1  27064