AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

MAY 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>   Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>   Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>   Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT J-SANDCASTLE CO., LLC**<br><br>Date:  May 7, 2024<br>Time:  1:30 p.m.<br>Place: Courtroom 5C<br>            411 W. Fourth Street<br>            Santa Ana, California 92701 |

On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor") filed the Motion for Default Judgment under LBR 7055-1 against Defendant J-Sandcastle Co., LLC (the "Motion") (*docket no. 59*).  No opposition to the Motion was filed.  Pursuant to the Court's tentative ruling, appearances at the hearing on May 7, 2024 were waived.

1770790.2   27064                                         1

1  The Court having read and considered the Motion, having found that notice of the Motion
2  was adequate and proper, having noted the lack of any response and that the Clerk of the Court
3  entered the default of Defendant J-Sandcastle Co., LLC (the "Defendant") on August 22, 2023, and
4  good cause appearing:

5  IT IS ORDERED, ADJUDGED AND DECREED THAT:
6  1.  The Motion is granted in its entirety.
7  2.  A separate judgment against the Defendant will be entered contemporaneously
8  herewith.

9  ###

Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1770790.2  27064

2