ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>   Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>   Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E.J. GALLIAN,<br><br>   Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**DEFAULT JUDGMENT AGAINST J-SANDCASTLE CO., LLC**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>         411 W. Fourth Street<br>         Santa Ana, California 92701 |

On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for Default Judgment under LBR 7055-1 against Defendant J-Sandcastle Co., LLC (the "Motion") (*docket no. 59*), which was heard by the Court on May 7, 2024. Default was previously entered against Defendant J-Sandcastle Co., LLC (the "Defendant") on August 22, 2023.

1770827.1  27064                                                    1

The Court having granted the Motion pursuant to an order entered contemporaneously herewith, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Default judgment is entered in favor of the Plaintiff and against the Defendant on the Plaintiff's first claim for relief in the Complaint.

2. The Debtor's transfers of the manufactured home located at and commonly known as 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property") to the Defendant, including transferring title to the Property on or about November 15, 2018 and November 20, 2018, are hereby avoided and legal title to the Property and the beneficial interest in the Property (collectively the "Subject Transfers") is recovered for the benefit of the bankruptcy estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

3. The Subject Transfers are preserved for the benefit of the estate pursuant to 11 U.S.C. § 551.

4. Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Defendant.

###

Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1770827.1  27064

2