1  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
2  SHANTAL MALMED (State Bar No. 351496)
   smalmed@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee

**FILED & ENTERED**

MAY 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>  Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>  Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>  Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT RONALD J. PIERPONT**<br><br>Date: May 7, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>   411 W. Fourth Street<br>   Santa Ana, California 92701 |

On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor") filed the Motion for Default Judgment under LBR 7055-1 against Defendant Ronald J. Pierpont (the "Motion") (*docket no. 58*).  No opposition to the Motion was filed.  Pursuant to the Court's tentative ruling, appearances at the hearing on May 7, 2024 were waived.

1770905.1  27064

1

The Court having read and considered the Motion, having found that notice of the Motion was adequate and proper, having noted the lack of any response and that the Clerk of the Court entered the default of Defendant Ronald J. Pierpont (the "Defendant") on August 22, 2023, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted in its entirety.

2. A separate judgment against the Defendant will be entered contemporaneously herewith.

###

Date: May 10, 2024

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

1770905.1  27064

2