1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@DanningGill.com
2  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
3  SHANTAL MALMED (State Bar No. 351496)
   smalmed@DanningGill.com
4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
5  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee
8

**FILED & ENTERED**

**MAY 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

9            UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                   SANTA ANA DIVISION

12

13  In re                                    Case No. 8:21-bk-11710-SC

14  JAMIE LYNN GALLIAN,                      Chapter 7

15       Debtor.

16
    JEFFREY I. GOLDEN, Chapter 7 Trustee,    Adv. No. 8:23-ap-01064-SC
17
         Plaintiff,                          **DEFAULT JUDGMENT AGAINST
18                                           RONALD J. PIERPONT**
    vs.
19                                           Date: May 7, 2024
    J-SANDCASTLE CO., LLC; J-PAD LLC;        Time: 1:30 p.m.
20  STEVEN D. GALLIAN; BRIAN J.              Place: Courtroom 5C
    GALLIAN; JUSTIN BARCLAY; RONALD                 411 W. Fourth Street
21  J. PIERPONT; ROBERT J. MCLELLAND;               Santa Ana, California 92701
    AND E.J. GALLIAN,
22
         Defendants.
23

24       On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or

25  "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for

26  Default Judgment under LBR 7055-1 against Defendant Ronald J. Pierpont (the "Motion") (*docket*

27  *no. 58*), which was heard by the Court on May 7, 2024.  Default was previously entered against

28  Defendant Ronald J. Pierpont (the "Defendant") on August 22, 2023.

    1770828.1  27064                         1

1     The Court having granted the Motion pursuant to an order entered contemporaneously herewith, and good cause appearing:

    IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.    Default judgment is entered in favor of the Plaintiff and against the Defendant on the Plaintiff's fifth and sixth claims for relief in the Complaint.

    2.    The Defendant is not a party to any security agreement or agreements that would grant Defendant a security interest in or lien on the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property").

    3.    The Defendant has no interest in the Property.

    4.    The Defendant does not have any valid, perfected, and/or unavoidable liens on the Property.

    5.    The transfers to the Defendant relating to the Property, including the following UCC Financing Statement Amendments (UCC-3), and any liens on the Property in favor of the Defendant are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

6. Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Defendant.

###

Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1770828.1  27064