| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AARON E. DE LEEST (State Bar No. 216832)<br>adeleest@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for  Jeffrey I. Golden, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>                                              Debtor(s) | CASE NO.:  8:21-bk-11710-SC<br>CHAPTER:  7<br>ADVERSARY NO.:  8:23-ap-01064-SC |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br>                                              Plaintiff(s),<br>vs.<br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br>                                              Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion[1]):  **CHAPTER 7 TRUSTEE'S COMPLAINT:**<br>**(1) TO AVOID AND RECOVER FRAUDULENT TRANSFERS; (2) TO AVOID AND RECOVER POSTPETITION TRANSFERS; (3) FOR DECLARATORY RELIEF; (4) FOR BREACH OF CONTRACT; (5) FOR MONEY HAD AND RECEIVED; AND (6) UNJUST ENRICHMENT** |

PLEASE TAKE NOTE that the order or judgment titled  ORDER DISMISSING TRUSTEE'S ALTERNATIVE AND REMAINING CLAIMS AGAINST THE DEFENDANTS WITHOUT PREJUDICE was lodged on July 1, 2024 and is attached.  This order relates to the motion which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                             *Page 1*                           **F 9021-1.2.ADV.NOTICE.LODGMENT**
1773676.1  27064

# EXHIBIT A

1  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
2  SHANTAL MALMED (State Bar No. 351496)
   *smalmed@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>ORDER DISMISSING TRUSTEE'S ALTERNATIVE AND REMAINING CLAIMS AGAINST THE DEFENDANTS WITHOUT PREJUDICE<br><br>Date:  June 18, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>        411 W. Fourth Street<br>        Santa Ana, California 92701 |

On June 18, 2024, the Court, the Honorable Scott Clarkson, held a pre-trial conference in the above-captioned adversary proceeding. Appearances were excused pursuant to the Court's tentative ruling.

1773597.1  27064                                1

EXHIBIT A

The Court having read and considered the status report (*docket no. 95*) filed by Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Plaintiff"), having entered individual judgments against the within defendants on certain claims for relief (*docket nos. 47, 66, 79, 81, and 83*), and having considered Plaintiff's request to dismiss the alternative and remaining claims against the defendants in the Plaintiff's complaint (*docket no. 1*) (the "Complaint"), without prejudice, and for good cause, it is hereby:

ORDERED that:

1. The alternative and remaining claims for relief in the Plaintiff's Complaint are dismissed, without prejudice, as follows:

   a. The seventh claim for relief is dismissed against defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, E. J. Gallian, and Robert J. McLelland, without prejudice.

   b. The first, second, third, fourth, and seventh claims for relief are dismissed against defendant Ronald J. Pierpont, without prejudice.

   c. The second, third, fourth, sixth, seventh, eighth, ninth, and tenth claims for relief are dismissed against defendant J-Pad LLC, without prejudice.

   d. The second, third, fourth, fifth, sixth, and seventh claims for relief are dismissed against defendant J-Sandcastle Co., LLC, without prejudice.

###

1773597.1  27064

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On July 1, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2024 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT
1773676.1  27064

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Plaintiff Jeffrey I. Golden
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Interested Party The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Shantal Malmed on behalf of Plaintiff Jeffrey I. Golden
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Shantal Malmed on behalf of Trustee Jeffrey I Golden (TR)
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      *Page 3*      **F 9021-1.2.ADV.NOTICE.LODGMENT**
1773676.1  27064

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| The Honorable Scott C. Clarkson<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>411 W. Fourth Street, Suite 5130<br>Santa Ana, CA 92701 | Attys. for Defendants<br>Steven D. Gallian, Brian J. Gallian,<br><u>Justin Barclay and E. J. Gallian</u><br>Leonard M. Shulman, Esq.<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Dr. Ste. 600<br>Irvine, CA 92618-4969 | Robert J. McLelland<br>2027 S. Broadway<br>Santa Ana, CA 92707 |
| J-Sandcastle Co., LLC<br>Jamie Lynn Gallian, Managing Member<br>16222 Monterey Ln., Unit 376<br>Huntington Beach, CA 92649 | J-Pad LLC<br>Jamie Lynn Gallian, Managing Member<br>16222 Monterey Ln., Unit 376<br>Huntington Beach, CA 92649 | Ronald J. Pierpont<br>4519 Ponderosa Way<br>Yorba Linda, CA 92886 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.ADV.NOTICE.LODGMENT**
1773676.1  27064