AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
SHANTAL MALMED (State Bar No. 351496)
smalmed@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

JUL 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>ORDER DISMISSING TRUSTEE'S ALTERNATIVE AND REMAINING CLAIMS AGAINST THE DEFENDANTS WITHOUT PREJUDICE<br><br>Date:  June 18, 2024<br>Time:  1:30 p.m.<br>Place:  Courtroom 5C<br>         411 W. Fourth Street<br>         Santa Ana, California 92701 |

On June 18, 2024, the Court, the Honorable Scott Clarkson, held a pre-trial conference in the above-captioned adversary proceeding. Appearances were excused pursuant to the Court's tentative ruling.

1773597.1  27064

1

The Court having read and considered the status report (*docket no. 95*) filed by Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Plaintiff"), having entered individual judgments against the within defendants on certain claims for relief (*docket nos. 47, 66, 79, 81, and 83*), and having considered Plaintiff's request to dismiss the alternative and remaining claims against the defendants in the Plaintiff's complaint (*docket no. 1*) (the "Complaint"), without prejudice, and for good cause, it is hereby:

ORDERED that:

1. The alternative and remaining claims for relief in the Plaintiff's Complaint are dismissed, without prejudice, as follows:

    a. The seventh claim for relief is dismissed against defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, E. J. Gallian, and Robert J. McLelland, without prejudice.

    b. The first, second, third, fourth, and seventh claims for relief are dismissed against defendant Ronald J. Pierpont, without prejudice.

    c. The second, third, fourth, sixth, seventh, eighth, ninth, and tenth claims for relief are dismissed against defendant J-Pad LLC, without prejudice.

    d. The second, third, fourth, fifth, sixth, and seventh claims for relief are dismissed against defendant J-Sandcastle Co., LLC, without prejudice.

###

Date: July 9, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1773597.1  27064