United States Bankruptcy Court

Central District of California

Jeffrey I. Golden,
    Plaintiff

J-Sandcastle Co LLC,
    Defendant

Adv. Proc. No. 23-01064-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Jul 09, 2024      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Robert J. McLelland, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |
| intp | + | The Huntington Beach Gables Homeowners Association, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Irvine, CA 92614-6840 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | Jul 10 2024 00:19:00 | Jamie Lynn Gallian, 16222 Monterey Ln SP #376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Brian J. Gallian |
| intp | | Courtesy NEF |
| dft | | E. J. Gallian |
| dft | | J-Pad LLC |
| dft | | J-Sandcastle Co LLC |
| pla | | Jeffrey I. Golden |
| dft | | Justin Barclay |
| dft | | Ronald J. Pierpont |
| dft | | Steven D Gallian |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024      Signature:      /s/Gustava Winters

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: Jul 09, 2024     Form ID: pdf031     Total Noticed: 3

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron E. DE Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Aaron E. DE Leest | on behalf of Plaintiff Jeffrey I. Golden adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric P Israel | on behalf of Trustee Jeffrey I Golden (TR) eisrael@danninggill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey I Golden (TR) | lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com |
| Laila Masud | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Robert P Goe | on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com |
| Shantal Malmed | on behalf of Plaintiff Jeffrey I. Golden shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com |
| Shantal Malmed | on behalf of Trustee Jeffrey I Golden (TR) shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 11

```
 1  AARON E. DE LEEST (State Bar No. 216832)
    adeleest@DanningGill.com
 2  SHANTAL MALMED (State Bar No. 351496)
    smalmed@DanningGill.com
 3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
 4  Los Angeles, California 90067-6006
    Telephone: (310) 277-0077
 5  Facsimile: (310) 277-5735

 6  Attorneys for Plaintiff Jeffrey I. Golden,
    Chapter 7 Trustee
```

**FILED & ENTERED**

**JUL 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; AND E. J. GALLIAN,<br><br>    Defendants. | Adv. No. 8:23-ap-01064-SC<br><br>ORDER DISMISSING TRUSTEE'S ALTERNATIVE AND REMAINING CLAIMS AGAINST THE DEFENDANTS WITHOUT PREJUDICE<br><br>Date: June 18, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, California 92701 |

       On June 18, 2024, the Court, the Honorable Scott Clarkson, held a pre-trial conference in the above-captioned adversary proceeding. Appearances were excused pursuant to the Court's tentative ruling.

1773597.1  27064

1

The Court having read and considered the status report (*docket no. 95*) filed by Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Plaintiff"), having entered individual judgments against the within defendants on certain claims for relief (*docket nos. 47, 66, 79, 81, and 83*), and having considered Plaintiff's request to dismiss the alternative and remaining claims against the defendants in the Plaintiff's complaint (*docket no. 1*) (the "Complaint"), without prejudice, and for good cause, it is hereby:

ORDERED that:

1. The alternative and remaining claims for relief in the Plaintiff's Complaint are dismissed, without prejudice, as follows:

    a. The seventh claim for relief is dismissed against defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, E. J. Gallian, and Robert J. McLelland, without prejudice.

    b. The first, second, third, fourth, and seventh claims for relief are dismissed against defendant Ronald J. Pierpont, without prejudice.

    c. The second, third, fourth, sixth, seventh, eighth, ninth, and tenth claims for relief are dismissed against defendant J-Pad LLC, without prejudice.

    d. The second, third, fourth, fifth, sixth, and seventh claims for relief are dismissed against defendant J-Sandcastle Co., LLC, without prejudice.

###

Date: July 9, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1773597.1  27064

2